# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 20, 2019

## NO. 03-19-00223-CR

**Peter Kihara Macharia, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction entered by the trial court. Peter Kihara Macharia has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Peter Kihara Macharia to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.